United States District Court
District of Connecticut

JUN 3 2026 PM12:35
FILED-USDC-CT-HARTFORD

Petitioner
Zenobia Adgers
Self Represented


Respondents
The Federal Bureau of Investigation


Civil Appeal: United States Federal Questions

I am requesting permission from the court to ask United States Federal questions.

1. Are students suffering consequences by associating with things in college?

2. Why does a future and potential president have to lose their parents before they run for office? Or have jail time and psych ward visits? The same duration as a sitting president.

3. Does changing identities and losing your memory cause more harm than good?


Supporting Brief

The respondent discouraged me to bring my original jurisdiction action case to the Connecticut Supreme Court. Dictating my actions and discouraging evidence.

1. The students are facing negative consequences by associating with things in colleges. For example if you go to law school the student will end up arrested. If the number 69 is associated with a college either in its address or phone number, the student could face negative sexual consequences. If the professor has a unique last name like Hampton, then the student in the future could be over weight. Why is it designed for negative consequences as well as success. College students need civil rights protection on a college level. The rights act of 1964 needs to extend to college students. Excluding harmful association to things and situations to college.

2. Losing your support system like your parents because you want to run for president puts a damper on your life. The presidential position is only temporarily. Losing your parents is permanent. Not fair. There needs to be a better way of testing if a potential Presidential candidate can last in the white house than jail time or the psych ward. Not a fair comparison for a sitting president.

3. When you change identities and lose your memory you have to start all over. Losing all your money. Family and friends are saddened by losing you. The physical change put stress on the body. Why do we have to keep changing over and over again?

## Suggested Outcome

1. Precedent being set. Setting a legal standard.
2. Civil remedies. Stop action in the appeal complaint. Policy change in every respondent's field office. No money.